**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
MARK ANTHONY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY. behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY LOAN SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 5:25-cv-01722-SSS-SP<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS**<br><br>*[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]*<br><br>Date:       February 20, 2026<br>Time:       2:00 PM<br>Courtroom.: 2, 2nd Floor<br><br>Judge: Hon. Sunshine S. Sykes |

///
///
///

- 1 -
NOTICE OF MOTION & MOTION FOR DEFAULT JUDGMENT & AWARD OF COSTS

**TO DEFENDANT EASY LOAN SOLUTIONS, LLC AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 20, 2026, in Courtroom 2 of the United States Courthouse, located at 3470 Twelfth Street Riverside, CA 92501, Courtroom 2, 2nd Floor, Plaintiff Mark Anthony ("Plaintiff"), by and through his counsel of record, will move this Court for a Default Judgment and award of Plaintiff's costs against Defendant Easy Loan Solutions, LLC ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, Declaration of Plaintiff's Counsel, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: January 5, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:    *s/ Mona Amini*
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

**PROOF OF SERVICE**

I am over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On January 5, 2026, I served attached document(s):

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, OR placed the envelope for collection and mailing, following our ordinary business practices, in the United States mail at Costa Mesa, California addressed as set forth below.

**EASY LOAN SOLUTIONS LLC**
**c/o Agent for Service: CESAR M LUNA**
**8986 GALLANTREE**
**PLACE LAND O LAKES, FL. 34637**
*Defendant*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 5, 2025

  *s/ Mona Amini*
  MONA AMINI

- 3 -
NOTICE OF MOTION & MOTION FOR DEFAULT JUDGMENT & AWARD OF COSTS