JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK ANTHONY et al., | Case No. 5:25-cv-01722-SSS-SPx |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| EASY LOAN SOLUTIONS LLC, | |
| Defendants. | |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment,

IT IS ADJUDGED that judgment is entered in the amount of $6,910.00 in favor of Plaintiff against Defendant Easy Loan Solutions LLC.

Dated: February 25, 2026

_____
SUNSHINE S. SYKES
United States District Judge

1